IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DALTON GAGE HILL, Administrator and Personal Representative of the Estate of Jeffery Allen Hill, deceased,<br><br>Plaintiff,<br><br>v.<br><br>OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-24-1298-D<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Plaintiff brought this civil rights action under 42 U.S.C. § 1983, alleging violations of Jeffery Allen Hill's constitutional rights [Am. Compl, Doc. No. 53]. Plaintiff filed suit against several defendants, to include SSM Health Corporation, SSM Health Care of Oklahoma, Inc., and St. Anthony Oklahoma City Hospital Inc. (together, SSM). SSM filed a Motion to Dismiss [Doc. No. 61], to which Plaintiff responded [Doc. No. 89], and SSM replied [Doc. No. 106]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

On June 9, 2025, the magistrate judge issued a Report and Recommendation [Doc. No. 108], in which she recommends that SSM's Motion to Dismiss [Doc. No. 61] be **GRANTED**. In her report, the magistrate judge notified Plaintiff of his right to file an objection to the report on or before June 23, 2025, and that the failure to object waives

Plaintiff's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 108] in its entirety.

For the reasons stated therein, SSM's Motion to Dismiss [Doc. No. 61] is **GRANTED**. **IT IS THEREFORE ORDERED** that Plaintiff's action against SSM Health Corporation, SSM Health Care of Oklahoma, Inc., and St. Anthony Oklahoma City Hospital Inc. is **DISMISSED** without prejudice.

**IT IS SO ORDERED** this 25th day of June, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge