IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DALTON GAGE HILL, Administrator and Personal Representative of the Estate of Jeffery Allen Hill, deceased, <br><br> Plaintiff, <br><br> v. <br><br> OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al., <br><br> Defendants. | Case No. CIV-24-1298-D |

### ORDER

Plaintiff brought this civil rights action under 42 U.S.C. § 1983, alleging violations of Jeffery Allen Hill's constitutional rights [Am. Compl, Doc. No. 53]. Plaintiff filed suit against several defendants, to include the Oklahoma Department of Corrections (ODOC) and Steven Harpe, in his official capacity. ODOC and Mr. Harpe filed a Motion to Dismiss [Doc. No. 62], to which Plaintiff responded [Doc. No. 90], and ODOC and Mr. Harpe replied [Doc. No. 99]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

On June 20, 2025, the magistrate judge issued a Report and Recommendation [Doc. No. 110], in which she recommends that the Motion to Dismiss [Doc. No. 62] be **GRANTED**. In her report, the magistrate judge notified Plaintiff of his right to file an objection to the report on or before July 4, 2025, and that the failure to object waives

1

Plaintiff's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 110] in its entirety.

For the reasons stated therein, ODOC and Steven Harpe's Motion to Dismiss [Doc. No. 62] is **GRANTED**. **IT IS THEREFORE ORDERED** that Plaintiff's action against ODOC and Steven Harpe is **DISMISSED** without prejudice.

**IT IS SO ORDERED** this 8th day of July, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge